FIRST JUDICIAL DISTRICT COURT
COUNTY OF SANTA FE
STATE OF NEW MEXICO

DOMINIC GARCIA,

    Plaintiff,

vs.                                D-101-CV-2015-00125

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

## NOTICE OF FILING OF REMOVAL

    COMES NOW, the Defendant, GEICO General Insurance Company by and through its undersigned attorneys Simone, Roberts & Weiss, P.A., by Stephen M. Simone, and hereby gives notice that the Defendant has filed a Notice of Removal in the United States District Court for the District of New Mexico this \_\_\_\_\_ day of February , 2015.

                                  Respectfully submitted,

                                  SIMONE, ROBERTS & WEISS, P.A.

                                  "Electronically Filed"

                                /s/ Stephen M. Simone
                                Stephen M. Simone
                                Attorneys for Defendant GEICO
                                11200 Lomas Blvd NE Ste 210
                                Albuquerque, NM 87112-5573
                                Work Phone:  (505) 298-9400
                                Fax:    (505) 298-7070
                                Email:      ssimone@srw-law.com

I HEREBY CERTIFY that on the_____ day of
_____, 2015, a true and correct copy of the
foregoing pleading was filed electronically
through the Odyssey File/Serve System, which caused the



EXHIBIT B

following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Ms. Vitalia May Sena-Baca
Prince Schmidt Korte & Baca LLP
2905 Rodeo Park Dr E Bldg 2
Santa Fe, NM 87505-6313
Telephone     (505) 982-5380
Facsimile     (505) 986-9176
Email:  vitalia@pskattorneys.com


/s/ Stephen M. Simone
Stephen M. Simone

Meloney Perry
Perry Law P.C.
10440 North Central Expressway
Suite 1120
Dallas, TX 75231
(214) 265-6224 (direct)
(214) 265-6226 (fax)
Email: mperry@mperrylaw.com